IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT ELISHA MYRICK,**
        **Plaintiff,**

vs.                                  **CASE NO.: 3:08cv6/MCR/MD**

**DERECK E. STERLING, et al.,**
        **Defendants.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 14, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. §1915(e)(2)(B).

3.    The clerk is directed to close the file.

DONE AND ORDERED this 28th day of February, 2008.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**